# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

DEREK W. CANTRELL,          )
                            )
            Plaintiff,      )
                            )          NO.  CV-07-3047-JPH
    vs.                     )
                            )          **JUDGMENT IN A**
MICHAEL J. ASTRUE,          )          **CIVIL CASE**
Commissioner of Social Security, )
                            )
            Defendant.      )
                            )
_____ )

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this 26th day of February, 2008.

                            JAMES R. LARSEN
                            District Court Executive/Clerk


                            by:   s/Pamela A. Howard
                                  Deputy Clerk


cc: all counsel